LAW OFFICE OF CALVIN CHANG
Calvin Chang (SBN 277851)
980 - 9th Street, 16th Floor
Sacramento, California 95814
Telephone:    (916) 538-0225

Attorney for Plaintiff
CALVIN CHANG


SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
mgrajski@seyfarth.com
Christopher J. Truxler (SBN 282354)
ctruxler@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:    (916) 448-0159
Facsimile:    (916) 558-4839

Attorneys for Defendant
THE HERTZ CORPORATION

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN CHANG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware corporation, and Does 1 through 20, inclusive.<br><br>Defendants. | Case No. 2:18-cv-2311-TLN-DB<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING A RULING ON DEFENDANT'S MOTION TO DISMISS** |

Plaintiff CALVIN CHANG ("Plaintiff") and Defendant THE HERTZ CORPORATION ("Defendant") (collectively, the "Parties"), pursuant to Eastern District Local Rules 143 and 144, stipulate and agree that good cause exists to stay discovery pending a ruling on Defendant's Motion to Dismiss:

WHEREAS, Defendant filed a Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on November 5, 2018, which raises questions regarding the Court's subject-matter jurisdiction and potentially disposes of the entire action;

WHEREAS, the Parties have engaged in extensive meet and confer efforts since Defendant removed the action to this Court;

WHEREAS, the Court's ruling on Defendant's Motion to Dismiss may impact the claims at issue in the litigation and will impact the scope of discovery and scheduling of discovery and motions;

WHEREAS, the Parties believe that a stay of discovery pending a ruling on Defendant's Motion to Dismiss will secure the just, speedy, and inexpensive determination of this action by allowing the Court to resolve threshold legal questions before the Parties undertake the time and expense of engaging in discovery;

WHEREAS, the Parties stipulate and agree to resume discovery within twenty-one (21) days of the issuance of the Court's Order ruling on the pending Motion to Dismiss.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

///
///
///
///
///
///
///
///
///
///

DATED: November 8, 2018

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Christopher J. Truxler
  Mark P. Grajski
  Christopher J. Truxler

*Attorneys for Defendant*
THE HERTZ CORPORATION


DATED: November 8, 2018

Respectfully submitted,

LAW OFFICE OF CALVIN CHANG

By: /s/ Calvin Chang
  Calvin Chang

*Attorney for Plaintiff*
CALVIN CHANG

Plaintiff has agreed with the contents of this document and authorized the filer to use his electronic signature.

STIPULATION AND ORDER TO STAY DISCOVERY PENDING A RULING ON DEFENDANT'S MOTION TO DISMISS

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED that all discovery is STAYED pending a ruling on Defendant's Motion to Dismiss.  Discovery will automatically reopen twenty-one (21) days after the issuance of the Court's Order ruling on the pending Motion to Dismiss.


Dated: November 8, 2018

Troy L. Nunley
United States District Judge